UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-10004-CR-GRAHAM

UNITED STATES OF AMERICA

vs.

JORGE HERRERO GAMEZ,

    Defendant.
_____/

## FACTUAL PROFFER

The United States and the Defendant, Jorge HERRERO GAMEZ ("GAMEZ"), stipulate that if this case were to proceed to trial, the United States would prove the following facts, among others, beyond a reasonable doubt:

On January 25, 2022, a Customs and Border Protection (CBP) Air and Marine Operations (AMO) and U.S. Coast Guard attempted to stop an Angler center console vessel approximately 11 NM from Long Key, inside the territorial waters of the United States. The Angler disobeyed orders from the federal law enforcement officers aboard a Coast Guard small boat, which had its blue law enforcement lights energized, to heave to. Authorized federal officers aboard a CBP AMO vessel arrived on scene and gave commands to the Angler to heave to, which the vessel operator knowingly did not obey.

Coast Guard and AMO personnel compelled compliance and conducted a boarding of the Angler and placed the operator, GAMEZ, in handcuffs. GAMEZ and fourteen (14) other vessel occupants were transferred to a Coast Guard Cutter, where biometric queries confirmed that all of the 14 vessel occupants were aliens without visas or other lawful authorization to enter the United States and whose entry into the United States would have been illegal. GAMEZ knew the

Cuban nationals aboard the Angler did not have immigration status in the U.S., and their entry in the U.S. was illegal.

The United States and GAMEZ agree that these facts, which do not include all of the facts known to the United States and to GAMEZ, are sufficient to prove the guilt of GAMEZ as to the crimes of Encouraging and Inducing an Alien to Enter the United States, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv) and Failure to Heave, in violation of Title 18, United States Code, Section 2237(a)(1).

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

Date: 20 SEP 22    By: _____
                        JESSICA J. AYER
                        SPECIAL ASSISTANT UNITED STATES ATTORNEY

Date: Sept 20, 22  By: _____
                        JOAQUIN PEREZ
                        ATTORNEY FOR DEFENDANT

Date: 9/20/22      By: _____
                        JORGE HERRERO GAMEZ
                        DEFENDANT